

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2019

No. 04-19-00590-CR

Derwin Ray **ROBINSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1021
Honorable Frank J. Castro, Judge Presiding

# O R D E R

The reporter's record was originally due October 4, 2019. After this court contacted the court reporter to determine the status of the record, the court reporter filed a notification of late record, stating that the reporter's record has not been filed because appellant has failed to request the record in writing. It is therefore **ORDERED** that appellant provide written proof to this court **by November 4, 2019** that the appellant has requested the court reporter to prepare the reporter's record. The request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). The reporter's record must be filed no later than ten days after the date appellant's written proof is filed with this court.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk